# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN STEVEN OLAUSEN,

    Petitioner,

vs.

E. K. MCDANIEL,

    Respondent.

Case No. 3:06-cv-00069-RCJ-VPC

**ORDER**

    Petitioner has filed a motion for recusal or disqualification (ECF No. 107). The basis for the motion is that Christopher Hicks now is the Washoe County District Attorney, where petitioner's criminal proceedings occurred, and that he is the son of United States District Judge Larry R. Hicks.

    Judge Hicks never has been assigned to this action.

    IT IS THEREFORE ORDERED that petitioner's motion for recusal or disqualification (ECF No. 107) is **DENIED**.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    Dated: This 22nd day of September, 2016.

                                                  ROBERT C. JONES
                                                United States District Judge